LAW OFFICE OF
# LORRAINE GAULI-RUFO, ESQ.
(LGR LAW, LLC)



| | |
|---|---|
| NEW JERSEY OFFICE<br>130 POMPTON AVENUE<br>VERONA, NJ 07044<br>(973) 239-4300 | NEW YORK OFFICE<br>48 WALL STREET, 5TH FLOOR<br>NEW YORK, NY 10004<br>(646) 779-2746 |

LGAULIRUFO@GMAIL.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

July 21, 2020

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
7-22-20

*Via ECF*
**Honorable Kevin Castel**
United States District Judge
500 Pearl Street
New York, NY 10007

Re:   United States v. Rolando Ossa-Calderon
      Docket No.: 16 cr. 671- (PKC)

Dear Judge Castel:

I was appointed pursuant to the Criminal Justice Act ("CJA") to represent Mr. Ossa-Calderon in the above matter. He is currently serving a sentence at Fort Dix, FCI. He has contacted my office seeking my reappointment on his behalf to seek Compassionate Release/Reduction in Sentence, based upon the COVID-19 pandemic and his medical history. Therefore, I respectfully request that Your Honor reappoint me under the CJA to file a motion on his behalf.

Respectfully submitted,

s/ Lorraine Gauli-Rufo

**Lorraine Gauli-Rufo**
*Attorney for Rolando Osso-Caleron*

cc:   Counsel of Record