UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      16-cr-671 (PKC)

       -against-                                         ORDER

ROLANDO FRANCISCO OSSA-CALDERON,

                     Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to plaintiff's application for relief under 18 U.S.C. § 3582 no later than September 22, 2020.  There will be a telephonic hearing on September 25, 2020 at 2 p.m.  The call-in information is as follows:

        DIAL-IN:                (888) 363-4749

        ACCESS CODE:    3667981

        SO ORDERED.

                                                        P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
          September 11, 2020